IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02002-RM-BNB

ALLEN & VELLONE, P.C., and
STRAUS & BOIES, LLP,

Plaintiffs,

v.

LAURENCE J. PINO,
ENVERGENT CORPORATION, and
JOHN DOE CORPORATION,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the Defendant Laurence J. Pino's Unopposed Motion to Appear Telephonically [docket no. 19, filed October 4, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant Laurence J. Pino may appear telephonically on the date of the Scheduling/Planning Conference on **October 29, 2013, at 2:30 p.m., Mountain Daylight Time**, by calling Chambers at **303-844-6408**.

DATED:   October 7, 2013