IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action:  13-cv-02002-RM-BNB           Date:  January 16, 2014
Courtroom Deputy:   Cathy Pearson            FTR: BNB COURTROOM A-401

| *Parties* | *Counsel* |
|---|---|
| ALLEN & VELLONE, P.C., and<br>STRAUS & BOIES, LLP, | *Matthew Wolf*<br>*Patrick Vellone* |
| **Plaintiffs,** | |
| **v.** | |
| LAURENCE J. PINO and<br>ENVERGENT CORPORATION, | *Laurence Pino* |
| **Defendants.** | |

### COURTROOM MINUTES

**MOTION HEARING**

Court in session:  10:28 a.m.

Appearances of counsel.

The Court has reviewed Defendant Pino's Motion for Sanctions for Violation of Rule 11 with Incorporated Memorandum of Law, Plaintiffs' Response in Opposition to Defendant Laurence J. Pino's Motion for Sanctions for Violation of Rule 11, and Defendant Laurence J. Pino's Motion for Leave to File Reply.

**ORDERED:**   Defendant Laurence J. Pino's Motion for Leave to File Reply (Doc. 37, filed 1/13/14) is GRANTED.  The Clerk of the Court is directed to file Defendant Laurence J. Pino's Reply in Support of Defendant's Motion for Sanctions (Doc. 37-1).

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

Discussion held regarding Defendant Laurence J. Pino's Verified Special Appearance and Sworn Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 10, filed 8/21/13) and Defendant Pino's Motion for Sanctions for Violation of Rule 11 with Incorporated Memorandum of Law (Doc. 32, filed 12/9/13). The Court and parties determine that a ruling on the Motion to Dismiss is needed prior to hearing the Rule 11 Motion.

**ORDERED:** For reasons stated on the record, Defendant Pino's Motion for Sanctions for Violation of Rule 11 with Incorporated Memorandum of Law (Doc. 32, filed 12/9/13) is DENIED as premature and without prejudice. Defendant Pino is granted leave to refile the motion, if necessary, after a ruling on the Motion to Dismiss is entered.

Court in recess:        10:33 a.m.        Hearing concluded.    Total time in court:    00:05

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119