IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02002-RM-BNB

ALLEN & VELLONE, P.C., and
STRAUS & BOIES, LLP.,

Plaintiffs,

v.

LAURENCE J. PINO,
ENVERGENT CORPORATION, and
JOHN DOE CORPORATION,

Defendants.

---

## ORDER

---

This matter arises on the following:

(1)     **Defendant Pino's Motion for Sanctions for Violation of Rule 11** [Doc. # 32,

filed 12/9/2013] (the "Motion for Sanctions"); and

(2)     **Defendant Pino's Motion for Leave to File Reply** [Doc. # 37, filed 1/13/2014]

(the "Motion to Reply").

The parties appeared this morning for a hearing on the motions.  The Motion for

Sanctions argues principally that the plaintiffs violated Rule 11 because "[t]he Amended

Complaint alleges virtually no facts sufficient to support a reasonable inference that Pino

engaged in conduct that subjects him to the jurisdiction of the Colorado courts."  Motion for

Sanctions [Doc. # 32] at p. 6.  That also is the basis for Mr. Pino's Motion to Dismiss for Lack of

Personal Jurisdiction [Doc. # 10], which is pending before the district judge and set for hearing

before him this afternoon.  Minute Order [Doc. # 35].  The Motion for Sanctions and the Motion

to Dismiss are intertwined, and I would not presume to anticipate the district judge's ruling.

Consequently, the Motion for Sanctions is premature until there is a ruling on the Motion to

Dismiss.

IT IS ORDERED:

(1)     The Motion to Reply [Doc. # 37] is GRANTED; and

(2)     The Motion for Sanctions [Doc. # 32] is DENIED without prejudice as premature.

Dated January 16, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2