**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards    Date: January 16, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO. 13-cv-02002-RM-BNB**

| Parties | Counsel |
|---|---|
| ALLEN & VELLONE, P.C., a Colorado corporation, and<br>STRAUS & BOIES, LLP, a limited liability partnership, | Matthew M. Wolf<br>Patrick D. Vellone |
| Plaintiffs, | |
| v. | |
| LAURENCE J. PINO, an individual,<br>ENVERGENT CORPORATION, a Florida company, and<br>JOHN DOE CORPORATION, | Laurence James Pino |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION**: 3:31 p.m.
Court calls case. Appearances of counsel.

Motion Hearing called regarding Defendant Laurence J. Pino's Verified Special Appearance and Sworn Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 10, filed August 21, 2013].

Preliminary remarks by the Court.

**3:35 p.m.**    Oral argument by Mr. Pino.

**4:15 p.m.**     Oral argument by Mr. Wolf.

**4:52 p.m.**     Response by Mr. Pino.

**ORDERED:**  Motion to Dismiss for Lack of Personal Jurisdiction [10] is **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS**: **5:00 p.m.**
**Total in court time**: **01:29**
**Hearing concluded**