**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-02002-RM-BNB

ALLEN & VELLONE, P.C., et al.

      Plaintiffs,

v.

LAURENCE J. PINO, et al.

      Defendants.

_____

**ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFF AND DEFENDANTS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)**

_____

Pursuant to and in accordance with the parties' Stipulation of Dismissal signed by the attorneys and parties to this action, it is:

ORDERED that the action, including all claims and defenses asserted herein, is DISMISSED WITH PREJUDICE, each party to pay their respective costs and attorney's fees.

DATED this 11th day of April, 2014.

                                                       BY THE COURT:

                                                     _____
                                                     RAYMOND P. MOORE
                                                     United States District Court Judge